Dear Clerk,

The date of my PDR opinion and refusal was July 23, 2014. I would like to know the date that the mandate was issued.

COA No. 09-12-00099-CR
PD-0387-14

Thanks for your time.

Ronald Jason Desay

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 9 2014

Abel Acosta, Clerk